Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    21 MC 103 (AKH)

MARGARITA MOTTEI                                    Index No.: 08-CV-2294

                              Plaintiff(s),         **NOTICE OF ADOPTION OF ANSWER
                                                    TO MASTER COMPLAINT**

        -against-
                                                    **ELECTRONICALLY FILED**
90 CHURCH STREET LIMITED
PARTNERSHIP, *et al.*,


                              Defendant(s).
------------------------------------------------------------X

PLEASE TAKE NOTICE that Defendants, 90 CHURCH STREET LIMITED

PARTNERSHIP and BOSTON PROPERTIES, INC., by their attorneys, McGIVNEY &

KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by

Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced

action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in

the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103

(AKH).

WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and

BOSTON PROPERTIES, INC., demand judgment dismissing the above-captioned action as

against them,

together with their costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
      June 19, 2008

                              Yours etc.,

                              McGIVNEY & KLUGER, P.C.
                              Attorneys for Defendants
                              90 CHURCH STREET LIMITED PARTNERSHIP
                              and BOSTON PROPERTIES, INC.

                              By: _____
                                Richard E. Leff (RL-2123)
                                80 Broad Street, 23rd Floor
                                New York, New York 10004
                                (212) 509-3456

TO:     WORBY GRONER & NAPOLI BERN, LLP
          Plaintiffs Liaison
          In Re Lower Manhattan Disaster Site
          Litigation
          115 Broadway, 12th Floor
          New York, New York 10006
          (212) 267-3700

          All Defense Counsel